```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

KENNETH HARDY                    :
                                 :
     Plaintiff,                  :
                                 :     CIVIL ACTION
v.                               :
                                 :     NO. 1:14-CV-2914-TWT-ECS
THE CBE GROUP, INC.              :
                                 :
     Defendant.                  :
```

## **FINAL REPORT AND RECOMMENDATION**
## **OF UNITED STATES MAGISTRATE JUDGE**

On January 7, 2015, Plaintiff notified the Court that the parties have reached a settlement of all claims in this action and that they anticipate executing a settlement agreement within the next sixty days. [Doc. 9].

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The undersigned **FURTHER RECOMMENDS** that, if this action is not reopened within sixty days, it be deemed to have been dismissed with prejudice. The parties may file a stipulation of dismissal with prejudice during the above time frame without the need to reopen this action.

AO 72A
(Rev.8/82)

**SO REPORTED AND RECOMMENDED,** this 7th day of January, 2015.

*s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE
