IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH HARDY,

    Plaintiff,

    v.

THE CBE GROUP, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2914-TWT

**ORDER**

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending that the action be dismissed without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of February, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Hardy\14cv2914\r&r.wpd